832 A.2d 909

IN THE MATTER OF YALE M. FISHMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 002721988).

October 1, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–090, concluding that **YALE M. FISHMAN** of **CRANFORD,** who was admitted to the bar of this State in 1991, and who thereafter was suspended from the practice of law pursuant to *Rule* 1:20–13(b) by Order of this Court filed August 30, 2002, and who remains suspended at this time, should be suspended from the practice of law for a period of eighteen months, retroactive to August 30, 2002, based on respondent's plea of guilty to misprision of felony, in violation of 18 *U.S.C.A.* § 4, and good cause appearing;

It is ORDERED that **YALE M. FISHMAN** is suspended from the practice of law for a period of eighteen months and until the further Order of the Court, retroactive to August 30, 2002; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.